In the Matter of the Application of IDA DINKELS, Appellant, for a Peremptory Order of Mandamus against WILLIAM FELLOWES MORGAN, JR., as Commissioner of Public Markets, Weights and Measures of the City of New York, Respondent.— Order denying motion for a peremptory mandamus order unanimously affirmed, without costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of the MORTGAGE COMMISSION OF THE STATE OF NEW YORK for an Order Directing 416 ROCKAWAY PARKWAY CORP. to Make Available All Records and Data with Respect to Income and for an Order Directing the Payment of Surplus or Such Part Thereof as the Court May Determine to the Mortgagee, the Mortgage Commission of the State of New York, for and on Behalf of the Certificate Holders of Mortgage Bearing Number BMC 181331, to Apply Toward the Reduction of Any Past Due Principal of the First Mortgage Covering the Premises Located at 175 East 52nd Street, Borough of Brooklyn, City and State of New York, and Owned by 416 Rockaway Parkway Corp., Pursuant to the Provisions of Section 1077-c of the Civil Practice Act. MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Appellant; 416 ROCKAWAY PARKWAY CORP., Respondent.— Order denying the application of the Mortgage Commission to require the respondent to make available for inspection, by the Commission and the court, all records and data available as to the income and disbursements of the mortgaged premises, and for other relief, reversed on the law and the facts, without costs, and the motion granted in so far as it asks that the mortgagor make available such records and data as to income and disbursements for the six months' period preceding February 1, 1937. In view of the fact that a plan of reorganization is pending, the Mortgage Commission must make further application to the court for any other relief. Lazansky, P. J., Hagarty, Carswell, Davis and Close, JJ., concur.

In the Matter of the Application of ABRAHAM ROSENSON, Appellant, for an Order of Peremptory Mandamus against EMPIRE STATE MOTION PICTURE OPERATORS UNION, INC., Respondent.— Order adjudging respondent in contempt for failure to pay accrued salary to the petitioner in accordance with a previous order of mandamus, so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ., concur.

In the Matter of the Application of IDA SPITALNIK (RIVERDALE LIVE POULTRY MARKET, INC.), Appellant, against ROBERT BOETTGER and Others, Constituting the Zoning Board of Appeals of the City of Yonkers, New York, Respondents.— Order confirming on the merits the decision of the zoning board of appeals of the city of Yonkers on an application for a variance, and dismissing the certiorari proceeding, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell and Davis, JJ.; Close, J., not sitting.